UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :

v.                        :          Crim. No. 21-117 (RK)

DENNIS RODRIGUEZ          :

## O R D E R

**THIS MATTER HAVING** come before the Court upon the Motion of the defendant, Dennis Rodriguez, by Julie A. McGrain, Assistant Federal Public Defender, for Early Termination of Supervised Release, and the Court having considered the papers submitted, for the reasons expressed in the motion,

**IT IS ON THIS** 11th day of October , 2024, **ORDERED** that defendant's Motion for Early Termination of Supervised Release be and is hereby **GRANTED**, and defendant is released from any further supervised release effective immediately.

_____
Honorable Robert Kirsch
United States District Judge